No. 152. THE BLUE DIAMOND CO., INC. *v.* CHARLES M. ALLEN & SON, INC. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John S. Stone* for petitioner. No appearance for respondent.

No. 153. TRADEMENS NATIONAL BANK *v.* MIDLAND SAVINGS & LOAN CO. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Claude Nowlin, J. R. Spielman,* and *M. M. Thomas* for petitioner. *Messrs. J. H. Everest, M. W. McKenzie,* and *J. B. Dudley* for respondent.

No. 154. YATES-AMERICAN MACHINE CO. *v.* JURY, TRUSTEE IN BANKRUPTCY. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Howard M. Bingaman* for petitioner. *Mr. Frank E. Tressler* for respondent.

No. 155. AMERICAN VISCOSE CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs Lee I. Park, Robert T. McCracken,* and *Charles D. Hamel* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John H. McEvers* for respondent.

No. 156. MICHEL *v.* SOLIMINE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals